```
 1  Barbara A. Matthews, Assistant U.S. Trustee (SBN 185094)
    Lynette C. Kelly, Trial Attorney (SBN 120799)
 2  UNITED STATES DEPARTMENT OF JUSTICE
    Office of the United States Trustee
 3  1301 Clay Street, Suite 690N
    Oakland, California 94612-5217
 4  Telephone: (510) 637-3200
    Fax: (510) 637-3220
 5  lynette.c.kelly@usdoj.gov

 6
    Attorneys for Acting United States Trustee,
 7  Region 17, AUGUST B. LANDIS
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | No. C-11-03219 EMC |
|     WOODCRAFT STUDIOS, INC., | Bk case no. 10-74611-RLE |
|                 Debtor. _____/ | |
| ALBERT M. KUN, ET AL.,                 Appellant, | |
| v. | |
| PAUL MANSDORF,                 Appellee. _____/ | |

**ORDER APPROVING STIPULATION**

      A stipulation having been entered into by and between Albert M. Kun ("Kun"), on the one hand, and August B. Landis, Acting U.S. Trustee for Region 17, on the other hand, for an enlargement of time for the briefing schedule, and good cause appearing thereon, it is hereby:

      ORDERED, that the Stipulation is approved; and it is further

      ORDERED, that the U.S. Trustee's responsive brief must be filed and served on or before August 25, 2011; and it is further

//

//

ORDERED, that the Appellant must serve and file his reply brief within 14 days after service of the U.S. Trustee's brief.

*** END OF ORDER ***

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge
Dated: 8/3/

